OPINION — AG — THE PROVISIONS OF HOUSE BILL NO. 632 DO NOT AUTHORIZE OR REQUIRE YOU, AS COMMISSIONER OF CHARITIES AND CORRECTIONS, TO GIVE CHARITABLE ORGANIZATIONS OF THIS OR OTHER STATES, SUCH AS ARE ABOVE REFERRED TO, YOUR OPINION AS TO WHETHER OR NOT THEY ARE SUBJECT TO THE PROVISIONS OF THIS BILL . . . NEGATIVE CITE: 18 O.S.H. 552.1 THRU 18 O.S.H. 552.18 (FRED HANSEN)